IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SUB-ZERO, INC.,
4717 Hammersley Road
Madison, Wisconsin 53711

    and

FEDERAL INSURANCE COMPANY                 Case No. 09-CV-497
a/s/o Sub-Zero Freezer Company, Inc.
15 Mountain View Road
Warren, New Jersey 07061

    Plaintiffs,

vs.

GENERAL ELECTRIC COMPANY
3135 Easton Turnpike
Fairfield, CT 05828-0001

    Defendant.

---

AGREED TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

---

Defendant General Electric Company ("General Electric"), by and through its undersigned counsel, von Briesen & Roper, s.c., moves the Court to enlarge its time to respond to the Summons and Complaint filed in this matter. The current deadline to respond is September 14, 2009. General Electric asks that the deadline be enlarged to September 25, 2009 for the following reasons:

The matter's Summons and Complaint was served upon General Electric on August 26, 2009. Hence, General Electric's deadline to answer or otherwise respond to the Summons and Complaint is September 14, 2009. General Electric subsequently contacted the undersigned counsel regarding representation of General Electric in this matter. At that time, a conflict of interest was identified which the undersigned expects to and has been diligently working to

resolve.  Pending resolution of the conflict of interest, the undersigned's representation of General Electric is limited to obtaining an extension of time to respond to this matter's Summons and Complaint.

Some additional time is needed to allow the undersigned counsel to resolve the conflict and then undertake the full representation of General Electric, including the preparation and filing of a response to the matter's Summons and Complaint.

The Plaintiffs, Sub-Zero, Inc. and Federal Insurance Company, do not oppose and agree to the request made by this Motion as evidenced by their counsel's below signature.

The attached affidavit is offered in further support of this Motion.

Dated this 11th day of September, 2009.

        General Electric Company

        By:  s/Alan G. B. Kim, Jr.
            Alan G. B. Kim, Jr.
            State Bar No.: 1000672
            Seth W. Goettelman
            State Bar No.: 1048541

von Briesen & Roper, s.c.
Three South Pinckney Street
Suite 1000
Madison, Wisconsin 53703
Phone:  (608) 441-0300
Facsimile:  (608) 441-0301

Dated this 11th day of September, 2009.

        Sub-Zero, Inc. and Federal Insurance Company

        By:  s/Michael P. Crooks
            Michael P. Crooks
            State Bar No.: 1008918

Peterson, Johnson & Murray SC
Three South Pinckney Street
Suite 900
Madison, Wisconsin 53703
Phone:  (608) 256-5220
Facsimile:  (608) 256-5270

       and

                Kevin P. Caraher
                Cozen & O'Connor
                222 S. Riverside Plaza
                Suite 1500
                Chicago, Illinois 60606
                Phone:  (312) 382-3100
                Facsimile:  (312) 706-9792

21403710_1.DOC