IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUB-ZERO, INC.,
4717 Hammersley Road
Madison, Wisconsin 53711

    and

FEDERAL INSURANCE COMPANY                      Case No. 09-CV-497
a/s/o Sub-Zero Freezer Company, Inc.
15 Mountain View Road
Warren, New Jersey 07061

    Plaintiffs,

    vs.

GENERAL ELECTRIC COMPANY
3135 Easton Turnpike
Fairfield, CT 05828-0001

    Defendant.

---

AGREED TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT
TO OCTOBER 2, 2009

---

    Defendant General Electric Company ("General Electric"), by and through its undersigned counsel, von Briesen & Roper, s.c., moves the Court to enlarge its time to respond to the Summons and Complaint filed in this matter.

    General Electric's original deadline to respond was extended to September 25, 2009 to allow the undersigned counsel to resolve a conflict of interest and to then undertake the full representation of General Electric. The resolution of that conflict has been slowed because of the unavailability of the persons needed by the involved client due to their business and travel schedules. The undersigned understands that the conflict will be addressed and resolved in a meeting scheduled for this Thursday, September 24, 2009, if it has not been resolved prior.

General Electric respectfully requests that its deadline to respond to the Plaintiffs' summons and complaint be enlarged to October 2, 2009.

The Plaintiffs, Sub-Zero, Inc. and Federal Insurance Company, do not oppose and agree to the request made by this Motion as evidenced by their counsel's below signature.

The attached affidavit is offered in further support of this Motion.

Dated this 22nd day of September, 2009.

        General Electric Company

        By: s/Alan G. B. Kim, Jr.
           Alan G. B. Kim, Jr.
           State Bar No.: 1000672
           Seth W. Goettelman
           State Bar No.: 1048541

von Briesen & Roper, s.c.
Three South Pinckney Street
Suite 1000
Madison, Wisconsin 53703
Phone:  (608) 441-0300
Facsimile:  (608) 441-0301

Dated this 22nd day of September, 2009.

        Sub-Zero, Inc. and Federal Insurance Company

        By: s/Michael P. Crooks
           Michael P. Crooks
           State Bar No.: 1008918

Peterson, Johnson & Murray SC
Three South Pinckney Street
Suite 900
Madison, Wisconsin 53703
Phone:  (608) 256-5220
Facsimile:  (608) 256-5270

and

        Kevin P. Caraher
        Cozen & O'Connor
        222 S. Riverside Plaza
        Suite 1500
        Chicago, Illinois 60606
        Phone: (312) 382-3100
        Facsimile: (312) 706-9792

21413556_1.DOC