IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUB-ZERO, INC. and GREAT
NORTHERN INSURANCE COMPANY,

        Plaintiffs,

v.

GENERAL ELECTRIC COMPANY,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-497-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant General Electric Company granting its motion for summary judgment and dismissing this case.

_____
Peter Oppeneer, Clerk of Court

_____9/13/10_____
Date